IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-rj-00024-NONE-MJW

JOHN GROSS,

Plaintiff(s),

v.

RSJ INTERNATIONAL, LLC,
RSJ INTERNATIONAL, INC., and
RANDOLPH ANTHONY JOHNSON,

Defendant(s).

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that plaintiff John Gross' Motion to Examine Judgment Debtors (Docket No. 4) is granted.

　　It is thus further ORDERED that pursuant to Fed. R. Civ. P. 69 and Rule 69 of the Colorado Rules of Civil Procedure, Randolph Anthony Johnson and a corporate representative of RSJ International, Inc., and RSJ International, LLC, are to appear before Magistrate Judge Watanabe on April 16, 2014, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, to be examined as judgment debtors.

　　It is further ORDERED that Randolph Anthony Johnson, RSJ International, Inc., and RSJ International, LLC, shall produced at the above time, the books, papers, and documents bearing upon any matter relating to the property of Randolph Anthony

2

Johnson, RSJ International, Inc., and RSJ International, LLC.

It is further ORDERED that plaintiff shall forthwith serve a copy of this Order upon defendants RSJ International, Inc., RSJ International, LLC, and Randolph Anthony Johnson and file a certificate of service with the court.

Done this 11th day of March, 2014.

s/ Michael J. Watanabe
United States Magistrate Judge