UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN GROSS, | CIVIL ACTION NO.: 1:13-rj-00024-NONE-MJW |
| Plaintiff, | |
| VERSUS | JUDGE: |
| RSJ INTERNATIONAL, LLC, RSJ INTERNATIONAL, INC., AND RANDOLPH ANTHONY JOHNSON | MAGISTRATE: Michael J. Watanabe |
| Defendants. | |

**ORDER** ( Docket no 12 )

Considering Judgment Creditor's, John Gross, Motion for Administrative Closure pursuant to D.C. COLO. L. CIV. R. 41.2,

IT IS ORDERED that the Motion for Administrative Closure pursuant to D.C. COLO. L. CIV. R. 41.2 is GRANTED, subject to reopening the matter for good cause;

IT IS FURTHER ORDERED that, in accordance with D.C. COLO. L. CIV. R. 41.2, the Clerk is DIRECTED to administratively close this matter, subject to reopening for good cause.

Denver, Colorado, this 19TH day of MAY, 2014.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1