UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN GROSS, | CIVIL ACTION NO.: 1:13-rj-00024-NONE-MJW |
| Plaintiff, | |
| VERSUS | JUDGE: |
| RSJ INTERNATIONAL, LLC, RSJ INTERNATIONAL, INC., AND RANDOLPH ANTHONY JOHNSON | MAGISTRATE: Michael J. Watanabe |
| Defendants. | |

## ORDER  ( Docket no. 15 )

Considering Judgment Creditor's, John Gross, Request for Voluntary Dismissal Without Prejudice pursuant to FED. R. CIV. PROC. 41(a)(2);

IT IS ORDERED that the Request for Voluntary Dismissal Without Prejudice is GRANTED.

Denver, Colorado, this 28TH day of July, 2014.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1